**PRO SE COMPLAINT FORM — DEFAULT JUDGEMENT — WHISTLEBLOWER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): **Robert W. Johnson**

vs.

Defendant(s): **Best Western Plus & Indeed.**

Civil Case No.: **5:22-cv-526 (DNH/ATB)**

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: **X** JURY ___ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 19 2022
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: **Robert W. Johnson**
   Address: **112 COURT ST; APT. 2
   WATERTOWN, NY 13601**

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **Best Western Plus**
      Address: **6605 Old Collamer Road South
      East Syracuse, NY 13057
      315-463-6443**
      Official Position: **Corporation**

b. Defendant: Indeed,

Official Position: Corporation

Address: 7501 N. Capital of Texas Highway
Austin, TX 78731
203-328-2691

c. Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I, Robert W. Johnson, was denied employment and employee/employer policy records by Best Western Plus and Indeed. All parties are Pro Se, Corporation and violated Robert W. Johnson Due Process Rights.

5.                              CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Best Western Plus discriminated against Robert W. Johnson and denied Robert W. Johnson Employee/Employer Policy records and Due Process Rights for Employee Applicants.

### SECOND CAUSE OF ACTION

Indeed falsified ads and employment and Robert W. Johnson was not afforded policy records, fair hearings and employee incentives for future employment.

### THIRD CAUSE OF ACTION

Best Western Plus and Indeed violated Pro Se Corporation laws governing potential employees and deny any wrongdoings and or discriminatory practices.

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; Employment; Sanctions; All other Reliefs Just & Proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/17/2022

*Robert W. Johnson*
Robert W. Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010